IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JANICHOLAS VANKEITH SCOTT                                              PLAINTIFF

v.                                                                      No. 4:19CV96-RP

SMCI FOOD INSPECTION SUPERVISORS, ET AL.                               DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, The instant case is therefore **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 8th day of November, 2019.

                                                    /s/ Roy Percy
                                                  UNITED STATES MAGISTRATE JUDGE